UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA ,**

**Plaintiff**

v

Case No. CR-12-58

**JASEN SNELLING**

Defendant

## ORDER

Pursuant to the record established at the Conference held on March 11, 2013.

Defendant Snelling has waived his appearance for the Hearing scheduled for March 20, 2013.

Therefore, the Writ of Habeas Corpus Ad Prosequendum is VACATED.

Parties are advised that the Restitution Hearing scheduled for March 20, 2013 at 1:30 p.m. is CONFIRMED.

**IT IS SO ORDERED.**

Judge Herman J. Weber
United States District Judge